UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DIANTE CARRIDONNA, ON BEHALF OF HIS DECEASED MOTHER, JOSEPHA ESPERANZA** *Plaintiff,* *vs.* **UNDERWRITERS AT LLOYDS, LONDON** *Defendant.* | * * * * * * * * * | **CIVIL ACTION NO.** **JUDGE** _____ **MAGISTRATE JUDGE** _____ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, under 28 U.S.C. §§ 1332, 1441 and 1446, and on the grounds set forth in this Notice of Removal, Defendant, Chubb European Group SE ("Chubb"), (improperly named in the Petition for Damages as "Underwriters at Lloyds, London") removes this civil action, without waiver of any defense that it may have, whether procedural or substantive, from the Twenty-Fourth Judicial District Court for the Parish of Jefferson, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, where it might originally have been brought. In support of its removal of this action, Chubb represents:

1.

The removing party, Chubb, is the sole defendant in this civil action, which on August 24, 2022, was commenced in and is now pending in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, bearing No. 831-928, on the docket of that court in division "G", and entitled "*Diante Carridonna, on behalf of his deceased mother, Josepha Esperanza versus Underwriters at Lloyds, London.*" A copy of the Petition and all other pleadings, process and orders served on Chubb or filed in the action are attached to this notice as Exhibit "A".

2.

Service of the Petition and citation in the state-court action was made on Chubb on September 14, 2022, by service on the Louisiana Secretary of State. This service was the first receipt by any defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. Therefore, this Notice of Removal is being timely filed, and the action is being removed to this Court within the 30-day period of 28 U.S.C. § 1446(b).

3.

This action is one over which this Court has original jurisdiction under 28 U.S.C. § 1332, in that it there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000 excluding interests and costs.

4.

Specifically, complete diversity of citizenship exists between Plaintiff, a Louisiana resident, and Defendant Chubb, who is a foreign insurer with a principal place of business outside of Louisiana.

5.

Plaintiff, Diante Carridonna, alleges that he is a resident of Jefferson Parish, Louisiana, who now owns the Property that is subject to the dispute at issue herein. *See* Petition ¶ 3.

6.

Defendant, Chubb is a foreign insurer incorporated in Paris, France for diversity purposes. Chubb European Group SE is an ultimate 100% subsidiary of Chubb Limited, which is a Swiss entity traded on the New York Stock Exchange. Neither Chubb European Group SE, nor its parent company Chubb Limited, are domiciled in Louisiana.

7.

Plaintiff's claims against Chubb are alleged to arise out of damages suffered as a result of Hurricane Ida. Plaintiff alleges that properties under his jurisdiction sustained damages falling within the scope of the insurance policy issued to Plaintiff by Chubb. Plaintiff alleges Chubb failed to pay sums that Plaintiff is owed under the Policy. As a result, Plaintiff asserts claims of breach of an insurance contract and bad faith. *See* Petition, ¶¶ 25-39.

8.

Plaintiff's claims exceed the jurisdictional threshold of $75,000.00, exclusive of interest and costs, giving rise to federal jurisdiction under 28 U.S.C. § 1332(a). Plaintiff seeks payment of alleged losses under a policy with at least $235,965.38 allegedly owed by Chubb for damages arising out of Ida. *See* Petition, ¶ 14.

9.

Immediately after filing this Notice of Removal with the clerk of this Court, Chubb will comply with 28 U.S.C. § 1446(d) by causing a copy of this notice to be filed with the Clerk of Court of the Civil District Court for the Parish of Orleans, State of Louisiana, and served on all other counsel of record.

10.

Chubb reserves the right to assert its interest as to any issue or matter, including any issues or matters relating to this action. Chubb reserves all rights, including defenses, objections, and exceptions, and the filing of this notice of removal is subject to, and without waiver of, any defense, objection, or exception.

**WHEREFORE**, Defendant, Chubb European Group SE (improperly named as "Underwriters at Lloyd's London"), prays that the action now pending against it in the Civil District Court for the Parish of Orleans, State of Louisiana be removed to this Court and proceed herein.

Respectfully submitted,

/s/ Leah N. Engelhardt
Leah N. Engelhardt (#23232)
Rachel A. Meese (#25457)
**CHAFFE McCALL, L.L.P.**
1100 Poydras Street, Suite 2300
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 544-6054
Email: engelhardt@chaffe.com
rachel.meese@chaffe.com

*Attorneys for Chubb European Group SE*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has this date been served on all counsel of record in these proceedings by:

|       |   |               |       |   |                 |
|-------|---|---------------|-------|---|-----------------|
| (   ) |   | Hand Delivery | (   ) |   | Prepaid U.S. Mail |
| (   ) |   | Facsimile     | (   ) |   | Federal Express |
| ( X ) |   | Electronic Mail |     |   |                 |

New Orleans, Louisiana this 14th day of October, 2022.

                          */s/ Leah N. Engelhardt*
                          LEAH N. ENGELHARDT